Matter of Epstein (2024 NY Slip Op 03576)

Matter of Epstein

2024 NY Slip Op 03576

Decided on July 3, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 3, 2024

PM-125-24
[*1]In the Matter of Fern Ruth Epstein, an Attorney. (Attorney Registration No. 2496610)

Calendar Date:July 1, 2024

Before:Egan Jr., J.P., Aarons, Pritzker, Ceresia and McShan, JJ.

Fern Ruth Epstein, Denver, Colorado, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Fern Ruth Epstein was admitted to practice by this Court in 1992 and lists an address in Denver, Colorado with the Office of Court Administration. Epstein now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes Epstein's application based on Epstein's failure to comply with the attorney registration requirements for the 2024-2025 biennial period.
Upon reading Epstein's affidavit sworn to April 10, 2024 and filed May 21, 2024, upon reading the May 31, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and noting respondent's compliance with her attorney registration requirements as of June 13, 2024, and having determined that Epstein is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Aarons, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Fern Ruth Epstein's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Fern Ruth Epstein's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Fern Ruth Epstein is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Epstein is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Fern Ruth Epstein shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.